Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

and

Layla T. Nguyen (*Pro Hac Vice*)
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
561.826.6934 – Telephone
561.404.4353 – Facsimile
Layla.nguyen@sriplaw.com

*Counsel for Plaintiff Stache Products, LLC*

David N. Tarlow (SBN 214050)
dtarlow@ecjlaw.com
Jason L. Haas (SBN 217290)
jhaas@ecjlaw.com
Catherine A. Veeneman (SBN 301574)
cveeneman@ecjlaw.com

**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

*Counsel for Defendant TSJ DISTRUBUTORS INC dba THE SUPPLY JOINT*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| STACHE PRODUCTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TSJ DISTRIBUTORS INC. DBA THE SUPPLY JOINT,<br><br>Defendant. | CASE NO.: 2:24-cv-02327 JLS (SKx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff STACHE PRODUCTS, LLC and Defendant TSJ DISTRIBUTORS INC. DBA THE SUPPLY JOINT, by and through its undersigned counsel, and pursuant to Local Rule 40-2 of the Central District of California, hereby notify the Court that the parties have reached a settlement, and requests until September 23, 2024 in which to file a Joint Stipulation of Dismissal.

DATED: August 22, 2024              Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
LAYLA T. NGUYEN (*Pro Hac Vice*)
**SRIPLAW, P.A.**

*Counsel for Plaintiff Stache Products, LLC*

*/s/ David N. Tarlow*
DAVID N. TARLOW
JASON L. HAAS
CATHERINE A. VEENEMAN
**ERVIN COHEN & JESSUP LLP**

*Counsel for Defendant TSJ DISTRUBUTORS INC dba THE SUPPLY JOINT*